STATE of Missouri, Respondent,

v.

James Scott MURPHY, Appellant.

James Scott MURPHY, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 41317, WD 45111.

Missouri Court of Appeals,
Western District.

Aug. 25, 1992.

Marcie W. Bower, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

ORDER

PER CURIAM:

Consolidated appeal from conviction of escape from confinement, § 575.210, RSMo 1986, and from denial of Rule 29.15 motion for postconviction relief.

Conviction affirmed; postconviction appeal dismissed.